**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILI WAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIKA SCOTT, et al.,<br><br>　　　　Defendants. | No. CV 25-4854 PA (ASx)<br><br>JUDGMENT |

In accordance with the Court's June 5, 2026 Order granting the Motion for Default Judgment filed by plaintiff Lili Wan ("Plaintiff") against defendants United States Attorney General; Secretary of the Department of Homeland Security; Director of United States Citizenship and Immigration Service ("USCIS"); Associate Director of USCIS' Asylum Division; and Director of USCIS' Los Angeles Asylum Office (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.　Defendant USCIS shall schedule an interview for Plaintiff's Form I-589 Application for Asylum and Withholding of Removal ("Asylum Application") to take place no later than September 4, 2026;

2.　Plaintiff shall attend the interview on the date scheduled by USCIS, absent unforseen or exceptional circumstances;

3.      USCIS shall diligently work towards completing adjudication of Plaintiff's Asylum Application within 120 days from the date of the interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication; and

4.      Plaintiff shall recover from Defendants her costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: June 5, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-